IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HEATHER GIBSON,<br><br>*Plaintiff,*<br><br>v.<br><br>ONLY CHOICE HOME HEALTH CARE AGENCY, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-339-LO-JFA |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge John F. Anderson, dated November 16, 2018 (Dkt. 18), on Plaintiff's Motion for Default Judgment (Dkt. 12). Defendants did not object to the R&R. The Court has reviewed the Complaint, Plaintiff's Memorandum in Support of the Motion for Default Judgment (Dkt. 14), and the supporting documents, and finds good cause to **ADOPT** the findings and recommendations of Judge Anderson.

Accordingly, for the reasons cited by Judge Anderson and for good cause shown, Plaintiff's Motion for Default Judgment is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiff Heather Gibson and against Defendants Only Choice Home Health Care Agency, LLC, and Beverly Ann McNairy in the amount of $50,850.70 ($20,910.75 in unpaid and overtime wages + $20,910.75 in liquidated damages + $8,312.50 in attorney's fees + $716.70 in costs).

December 5, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge